# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**A. BATES LYONS,**

                V.                        **SUMMONS IN A CIVIL CASE**

**CITY OF HARTFORD, ET AL.,**

                                  CASE NUMBER: **3:23–CV–00594–VAB**

   TO: **City of Hartford, Jane Doe, Gamaliel Perez**
Defendant's Address:

   A lawsuit has been filed against you.

   Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Daniel Fernandes Lage**
**Ruane Attorneys**
**1 Enterprise Drive, Suite 305**
**Shelton, CT 06484**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

   */s/ – Susan F Imbriani*
          *Signature of Clerk or Deputy Clerk*



**ISSUED ON 2023–05–08 15:41:43**, Clerk USDC CTD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

    This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

    My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

    I declare under penalty of perjury that this information is true.

Date: _____

                                                       _____
                                                           Servers signature

                                                           _____
                                                           Printed name and title

                                                           _____
                                                           Servers address

    Additional information regarding attempted service, etc: