State of Connecticut        )
                            ) SS        Hartford              May 18, 2023
County of Hartford          )

Then and there and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, **CITY OF HARTFORD,** by leaving TWO verified, true and attested copies of the original SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND, PRAYER FOR RELIEF, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES, ORDER RE: DISCLOSURE STATEMENT, with and in the hands of Ricardo Soto, Senior Admin. Asst., and authorized to accept service for the Town and City Clerk, City of Hartford, 550 Main Street, insaid Town of Hartford.

And again on the 18th day of May, 2023, I made due and legal service upon the within named defendant, **Officer Jane Doe (individual capacity ) c/o Hartford City / Town Clerk,** by leaving TWO verified, true and attested copies of the original SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND, PRAYER FOR RELIEF, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES, ORDER RE: DISCLOSURE STATEMENT, with and in the hands of Ricardo Soto, Senior Admin. Asst., and authorized to accept service for the Town and City Clerk, City of Hartford, 550 Main Street, insaid Town of Hartford.

And again on the 18th day of May, 2023, I made due and legal service upon the within named defendant, **Officer Gamaliel Perez (individual capacity) c/o Hartford City / Town Clerk,** by leaving TWO verified, true and attested copies of the original SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND, PRAYER FOR RELIEF, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES, ORDER RE: DISCLOSURE STATEMENT, with and in the hands of Ricardo Soto, Senior Admin. Asst., and authorized to accept service for the Town and City Clerk, City of Hartford, 550 Main Street, insaid Town of Hartford.

The within is the original SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND, PRAYER FOR RELIEF, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES, ORDER RE: DISCLOSURE STATEMENT, with my doings hereon endorsed.

Attest:

Lisa H. Stevenson
Connecticut State Marshal
Hartford County

Service              90.00
Travel -8.3 miles     5.44
Endorsements         18.00
Verified Pages      168.00
TOTAL             $281.44

RA051823

LISA H. STEVENSON
CONNECTICUT STATE MARSHAL
(860) 291-8805