UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| A.  BATES LYONS | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:23-cv-00594-VAB |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| OFFICER GAMALIEL PEREZ; and | : | |
| OFFICER JANE DOE, in their Individual | : | |
| Capacities | : | |
| Defendants | : | |
| | : | JUNE 8, 2023 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut, the Defendant, City of Hartford, respectfully moves for an order that the plaintiff, A. BATES LYONS, give a cash deposit or bond with sufficient surety in the sum of $500.00, within (30) days from entry of such order.

THE DEFENDANT:

City of Hartford

BY/s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri
Senior Assistant Corporation Counsel
550 Main Street, Suite 210
Hartford, CT 06103
Federal Bar No. ct17217
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email: feoln001@hartford.gov

## **CERTIFICATION**

This is to hereby certify that on June 8, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri