**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| A. BATES LYONS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:23cv-00594-VAB |
| | : | |
| V. | : | |
| | : | |
| | : | |
| CITY OF HARTFORD, ET AL, | : | |
| | : | |
| Defendants. | : | JUNE 27, 2023 |
| | : | |

## REQUEST FOR WAIVER OF COSTS

Pursuant to Local Rule 83.3(b) of the United States District Court for the District of Connecticut, the Plaintiff, A Bates Lyons, respectfully moves for a waiver of security for costs, as ordered by this Court (ECF No. 16). In the alternative, the Plaintiff respectfully moves for a reduction of the security or an extension of sixty days to obtain the necessary monies to provide the Clerk of this Court.

In support of this request, the Plaintiff represents that he is 78 years of age and has been retired from his former position as Undersecretary for the State of Connecticut Office of Policy Management for over a decade. The Plaintiff currently survives on a limited fixed income that consists of a pension and social security. While the Plaintiff can afford to cover his monthly obligations, such as his mortgage, medication, groceries, and other expenses, a $500 payment would require drawing from an already strained personal savings.

In sum and based on the foregoing, the Plaintiff hereby moves for his waiver to be

granted or reduced, or that he be allowed an additional sixty days to comply with this

Court's Order.

**PLAINTIFF, A BATES LYONS**

BY: _____

Daniel Fernandes Lage, Esq.
(ct30196) Ruane Attorneys
at Law, LLC
1 Enterprise Drive, Suite #305
Shelton, CT 06484
Tel: (203) 925-9200
Fax: (203) 925-9207
daniel@ruaneattorneys.com

*Attorney for Plaintiff*

## CERTIFICATION

This is to certify that on June 27, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Daniel Fernandes Lage, Esq.